# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Lewis T. Babcock, Chief Judge

Civil Case No. 06-CV-01332-LTB-MAW

THE WEINTRAUB ORGANIZATION, LTD., d/b/a WEINTRAUB ENGINEERING, a Pennsylvania Corporation

      Plaintiff,

v.

BORM ASSOCIATES, INC., a California corporation, DARKO LABUDOVIC, and MASOUID BOKAIE,

      Defendants.

___

**Order**
___

      Based on the stipulation of counsel for plaintiff and defendants in Court today, the Order to Show Cause re: Replevin, Preliminary Injunction and Copyright Impoundment (Docket #4) is held in abeyance.

**DONE and ORDERED,** this   25th   day of July, 2006 at Denver, Colorado.

                                                  s/Lewis T. Babcock
                                                United States District Chief Judge