IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01332 – LTB –MJW

THE WEINTRAUB ORGANIZATION, LTD.,
d/b/a WEINTRAUB ENGINEERING, a
Pennsylvania corporation,

    Plaintiff,

v.

BORM ASSOCIATES, INC., a California company;
DARKO LABUDOVIC, an individual; and
MASOUD BOKAIE, an individual,

    Defendants.

___

ORDER ( Docket P. 32 )

___

THIS MATTER, having come before the Court on Defendant, Masoud Boakie's Motion for Clarification of Court's December 4, 2006 Minute Order or, in the Alternative, for Leave to Permit Mr. Bokaie to Participate in the March 2, 2007 Settlement Conference via Telephone,

THE COURT, being fully advised in the premises,

GRANTS the motion, and Mr. Bokaie is hereby authorized to participate in the March 2, 2007 Settlement Conference via telephone.

Dated this 18th day of December, 2006.

BY THE COURT,

*[signature]*

Hon. Magistrate Judge Michael J. Watanabe