IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-01332-LTB-MJW

THE WEINTRAUB ORGANIZATION, LTD., d/b/a WEINTRAUB ENGINEERING, a Pennsylvania corporation,

    Plaintiff,

v.

BORM ASSOCIATES, INC., a California corporation, DARKO LABUDOVIC, and MASOUD BOKAIE,

    Defendants.

_____

ORDER
_____

    Counsel for the plaintiff, The Weintraub Organization, Ltd. ("Weintraub"), stated during the February 2, 2007 hearing that Weintraub is withdrawing as moot its motion for a preliminary injunction. Accordingly, the motion [docket # 2] is WITHDRAWN.

Dated: February __2__, 2007, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge