IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 06-cv-01332-LTB-MJW

THE WEINTRAUB ORGANIZATION, LTD., d/b/a
WEINTRAUB ENGINEERING, a Pennsylvania corporation,

    Plaintiff,

vs.

BORM ASSOCIATES, INC., a California corporation,
DARKO LABUDOVIC, an individual, and
MASOUD BOKAIE, an individual,

    Defendants.

_____

ORDER
_____

This ACTION, having been commenced on July 10, 2006, and Defendants BORM Associates, Inc., Darko Labudovic, and Masoud Bokaie, all having appeared after personal service of a summons on each of them, and having offered by notice in writing served on Plaintiff to permit judgment against them, jointly and severally, and Plaintiff having accepted Defendants' offer by notice in writing served on Defendants within 10 days thereafter, and the offer and notice of acceptance together with proof of service having been filed;

IT IS HEREBY ORDERED that judgment enter for Plaintiff and against Defendants, jointly and severally, in the amount of $40,000.00, inclusive of all fees and taxable costs, and that judgment also enter for Plaintiff and against Defendants for injunctive relief

wherein Defendants must destroy or surrender to Plaintiff any and all copies in their possession of the Manual, Forms, and Plans, as those terms are used in Plaintiff's Verified Complaint for Replevin, Injunctive Relief, and Jury Demand.

DATED this  6th  day of March, 2007.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge